UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                Plaintiff,

                              Case No. 20- 20429

vs.

                             HON. ROBERT H. CLELAND

TERRENCE BERNARD KING, JR ,

                Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW
## AND DETERMINING EXCLUDABLE DELAY

This matter comes before the court on Rhonda Brazile's [#33] Motion to Withdraw filed on February 9, 2021.  After the review of the motion and brief, the Court will grant the motion. Therefore,

IT IS ORDERED that the Motion to Withdraw is **GRANTED**.   The Federal Community Defender's Office is directed to appoint new counsel. Upon the filing of the appearance of the new counsel, a telephonic status conference will be set.

IT IS FURTHER ORDERED that the time period from February 9, 2021 to March 9, 2021 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

                                             S/Robert H. Cleland_____
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated:  February 19, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 19, 2021, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522